IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                                                    PLAINTIFF

v.                                        No. 5:16-cv-28-DPM

JONES, Doctor; ERICA JOHNSON,
Registered Nurse; BELINDA JACKSON,
LPN, Tucker Maximum Security Unit, ADC;
and JONES, Corporal, Tucker Maximum
Security Unit, ADC                                                                          DEFENDANTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 14, as supplemented and overrules Nichols's objections, № 18. FED. R. CIV. P. 72(b)(3). Nichols's proposed amendment, № 5, wouldn't clear the imminent-danger bar. 28 U.S.C. § 1915(g). The motion to reconsider, № 13, is therefore denied. Nichols's complaint will be dismissed without prejudice for failure to pay the filing fee. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 April 2016