IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                                                          PLAINTIFF

v.                                   No. 5:16-cv-28-DPM

JONES, Doctor; ERICA JOHNSON,
Registered Nurse; BELINDA JACKSON,
LPN, Tucker Maximum Security Unit, ADC;
and JONES, Corporal, Tucker Maximum
Security Unit, ADC                                                                              DEFENDANTS

JUDGMENT

Nichols's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 April 2016