IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                          PLAINTIFF

v.                          No. 5:16-cv-28-DPM

JONES, Doctor; ERICA JOHNSON,
Registered Nurse; BELINDA JACKSON,
LPN, Tucker Maximum Security Unit, ADC;
and JONES, Corporal, Tucker Maximum
Security Unit, ADC                                                  DEFENDANTS

ORDER

Motions, № 27 & 28, denied as moot. This case is closed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 April 2016