IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BILLY MACK NICHOLS, JR.
ADC #92713                                                                PLAINTIFF

v.                          No. 5:16-cv-28-DPM

JONES, Doctor; ERICA JOHNSON,
Registered Nurse; BELINDA JACKSON,
LPN, Tucker Maximum Security Unit, ADC;
and JONES, Corporal, Tucker Maximum
Security Unit, ADC                                                        DEFENDANTS

## ORDER

1. Motion, № 48, denied. This case is closed; and Nichols's appeal has been dismissed.

2. The Court directs the Clerk not to accept any new filings from Nichols in this case without prior approval from the Court.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 January 2017